# **INDEX OF EXHIBITS**

Exhibit 1    S Auto EFA

Exhibit 2    S. Auto Guarantees

Exhibit 3    S. Pizza EFA

Exhibit 4    S. Pizza Guarantees

Exhibit 5    UCC Financing Statements

Exhibit 6    Forbearance Agreement

Exhibit 7    Notice of Arizona Tax Lien

Exhibit 8    Demand Letter