# EXHIBIT 4

# Guaranty

**GUARANTY FOR Equipment Finance Agreement** When we use the words "you" and "your" in this Guaranty, we mean the Guarantor named below. When we use the words "we", "us" or "our", we mean Crestmark Equipment Finance, Inc. dba Allstate Capital As an inducement for us to enter into Equipment Finance Agreement#180129-VF000 with SimonXpress Pizza, LLC ("Customer"), dated ("EFA"), you unconditionally and irrevocably guarantee to us, our successors and assigns, the prompt performance of all covenants, obligations and conditions (including payment when due) of all obligations of Customer (including, among other things, amendments which may increase the total amount due by up to twice that specified in the EFA). You agree that this is a guaranty of payment and not of collection and that we can proceed directly against you to collect the entire amount due under the EFA without first proceeding against the Customeror any other guarantor or pursuing any other remedy. You agree to pay all attorney fees and other expenses we incur in enforcing our rights under this Guaranty. You waive notice of acceptance and any other kind of notices or demands. You waive all defenses, including those of protest, presentment and demand. You agree that we can renew, extend, compromise or otherwise modify the terms of the EFA or release the Customer from liability, and that such changes will not release you from your obligations under this Guaranty. This is a continuing guaranty that will bind your successors and assigns. Our rights may be enforced by us or by any assignee or successor to our rights. **THIS GUARANTY IS GOVERNED BY THE LAWS OF THE STATE OF MICHIGAN. YOU CONSENT TO THE PERSONAL JURISDICTION OF ANY STATE OR FEDERAL COURT IN THE STATE OF MICHIGAN WITH RESPECT TO ANY ACTION ARISING OUT OF THE EFA AND/OR THIS GUARANTY. YOU WAIVE ANY RIGHT TO TRIAL BY JURY.** If we must serve you with notice (including service of process), notice shall be deemed sufficient if sent by certified mail to the address below. You authorize us, and our successors, assignees and affiliates, to obtain credit bureau reports and to make other credit inquiries that we determine are reasonably necessary. This Guaranty shall continue to be effective or reinstated if any payment under the EFA is rescinded or must be returned due to insolvency, bankruptcy or reorganization, as though the payment had not been made.

Simon Land Development Group, LLC

By: _[signature]_

Printed Name: Awze Simon

Title: owner

Date: 1-26-18

Federal Tax ID #: 20-3121005

# Guaranty

**GUARANTY FOR Equipment Finance Agreement**   When we use the words "you" and "your" in this Guaranty, we mean the Guarantor named below. When we use the words "we", "us" or "our", we mean Crestmark Equipment Finance, Inc. dba Allstate Capital   As an inducement for us to enter into Equipment Finance Agreement#180129-VF000 with SimonXpress Pizza, LLC ("Customer"), dated  ("EFA"), you unconditionally and irrevocably guarantee to us, our successors and assigns, the prompt performance of all covenants, obligations and conditions (including payment when due) of all obligations of Customer (including, among other things, amendments which may increase the total amount due by up to twice that specified in the EFA). You agree that this is a guaranty of payment and not of collection and that we can proceed directly against you to collect the entire amount due under the EFA without first proceeding against the Customeror any other guarantor or pursuing any other remedy. You agree to pay all attorney fees and other expenses we incur in enforcing our rights under this Guaranty. You waive notice of acceptance and any other kind of notices or demands. You waive all defenses, including those of protest, presentment and demand. You agree that we can renew, extend, compromise or otherwise modify the terms of the EFA or release the Customer from liability, and that such changes will not release you from your obligations under this Guaranty. This is a continuing guaranty that will bind your successors and assigns. Our rights may be enforced by us or by any assignee or successor to our rights.   **THIS GUARANTY IS GOVERNED BY THE LAWS OF THE STATE OF MICHIGAN. YOU CONSENT TO THE PERSONAL JURISDICTION OF ANY STATE OR FEDERAL COURT IN THE STATE OF MICHIGAN WITH RESPECT TO ANY ACTION ARISING OUT OF THE EFA AND/OR THIS GUARANTY. YOU WAIVE ANY RIGHT TO TRIAL BY JURY.**   If we must serve you with notice (including service of process), notice shall be deemed sufficient if sent by certified mail to the address below. You authorize us, and our successors, assignees and affiliates to obtain credit bureau reports and to make other credit inquiries that we determine are reasonably necessary. This Guaranty shall continue to be effective or reinstated if any payment under the EFA is rescinded or must be returned due to insolvency, bankruptcy or reorganization, as though the payment had not been made.

Cactus Shell LLC

By: _[signature]_

Printed Name: AWZI SIMON

Title: Owner

Date: 1-26-18

Federal Tax ID #: 47-1986742

## Guaranty

**GUARANTY FOR Equipment Finance Agreement**   When we use the words "you" and "your" in this Guaranty, we mean the Guarantor named below. When we use the words "we", "us" or "our", we mean Crestmark Equipment Finance, Inc. dba Allstate Capital  As an inducement for us to enter into Equipment Finance Agreement#180129-VF000 with SimonXpress Pizza, LLC ("Customer"), dated ("EFA"), you unconditionally and irrevocably guarantee to us, our successors and assigns, the prompt performance of all covenants, obligations and conditions (including payment when due) of all obligations of Customer (including, among other things, amendments which may increase the total amount due by up to twice that specified in the EFA). You agree that this is a guaranty of payment and not of collection and that we can proceed directly against you to collect the entire amount due under the EFA without first proceeding against the Customeror any other guarantor or pursuing any other remedy. You agree to pay all attorney fees and other expenses we incur in enforcing our rights under this Guaranty. You waive notice of acceptance and any other kind of notices or demands. You waive all defenses, including those of protest, presentment and demand. You agree that we can renew, extend, compromise or otherwise modify the terms of the EFA or release the Customer from liability, and that such changes will not release you from your obligations under this Guaranty. This is a continuing guaranty that will bind your successors and assigns. Our rights may be enforced by us or by any assignee or successor to our rights. **THIS GUARANTY IS GOVERNED BY THE LAWS OF THE STATE OF MICHIGAN. YOU CONSENT TO THE PERSONAL JURISDICTION OF ANY STATE OR FEDERAL COURT IN THE STATE OF MICHIGAN WITH RESPECT TO ANY ACTION ARISING OUT OF THE EFA AND/OR THIS GUARANTY. YOU WAIVE ANY RIGHT TO TRIAL BY JURY.**  If we must serve you with notice (including service of process), notice shall be deemed sufficient if sent by certified mail to the address below. You authorize us, and our successors, assignees and affiliates to obtain credit bureau reports and to make other credit inquiries that we determine are reasonably necessary. This Guaranty shall continue to be effective or reinstated if any payment under the EFA is rescinded or must be returned due to insolvency, bankruptcy or reorganization, as though the payment had not been made.

Pinckney Petroleum, LLC

By: _[signature]_

Printed Name: AWZI SIMON

Title: Owner

Date: 1-26-18

Federal Tax ID #: 27-0296232

## Guaranty

**GUARANTY FOR Equipment Finance Agreement**   When we use the words "you" and "your" in this Guaranty, we mean the Guarantor named below. When we use the words "we", "us" or "our", we mean Crestmark Equipment Finance, Inc. dba Allstate Capital  As an inducement for us to enter into Equipment Finance Agreement#180129-VF000 with SimonXpress Pizza, LLC ("Customer"), dated  ("EFA"), you unconditionally and irrevocably guarantee to us, our successors and assigns, the prompt performance of all covenants, obligations and conditions (including payment when due) of all obligations of Customer (including, among other things, amendments which may increase the total amount due by up to twice that specified in the EFA). You agree that this is a guaranty of payment and not of collection and that we can proceed directly against you to collect the entire amount due under the EFA without first proceeding against the Customeror any other guarantor or pursuing any other remedy. You agree to pay all attorney fees and other expenses we incur in enforcing our rights under this Guaranty. You waive notice of acceptance and any other kind of notices or demands. You waive all defenses, including those of protest, presentment and demand. You agree that we can renew, extend, compromise or otherwise modify the terms of the EFA or release the Customer from liability, and that such changes will not release you from your obligations under this Guaranty. This is a continuing guaranty that will bind your successors and assigns. Our rights may be enforced by us or by any assignee or successor to our rights. **THIS GUARANTY IS GOVERNED BY THE LAWS OF THE STATE OF MICHIGAN. YOU CONSENT TO THE PERSONAL JURISDICTION OF ANY STATE OR FEDERAL COURT IN THE STATE OF MICHIGAN WITH RESPECT TO ANY ACTION ARISING OUT OF THE EFA AND/OR THIS GUARANTY. YOU WAIVE ANY RIGHT TO TRIAL BY JURY.**  If we must serve you with notice (including service of process), notice shall be deemed sufficient if sent by certified mail to the address below. You authorize us, and our successors, assignees and affiliates, to obtain credit bureau reports and to make other credit inquiries that we determine are reasonably necessary. This Guaranty shall continue to be effective or reinstated if any payment under the EFA is rescinded or must be returned due to insolvency, bankruptcy or reorganization, as though the payment had not been made.

643 Telegraph, LLC

By: _____ [signature] _____

Printed Name: __AWZI SIMON__

Title: __Owner__

Date: __1-26-18__

Federal Tax ID #: __26-3417069__

# Guaranty

**GUARANTY FOR Equipment Finance Agreement**   When we use the words "you" and "your" in this Guaranty, we mean the Guarantor named below. When we use the words "we", "us" or "our", we mean Crestmark Equipment Finance, Inc. dba Allstate Capital  As an inducement for us to enter into Equipment Finance Agreement#180129-VF000 with SimonXpress Pizza, LLC ("Customer"), dated  ("EFA"), you unconditionally and irrevocably guarantee to us, our successors and assigns, the prompt performance of all covenants, obligations and conditions (including payment when due) of all obligations of Customer (including, among other things, amendments which may increase the total amount due by up to twice that specified in the EFA). You agree that this is a guaranty of payment and not of collection and that we can proceed directly against you to collect the entire amount due under the EFA without first proceeding against the Customeror any other guarantor or pursuing any other remedy. You agree to pay all attorney fees and other expenses we incur in enforcing our rights under this Guaranty. You waive notice of acceptance and any other kind of notices or demands. You waive all defenses, including those of protest, presentment and demand. You agree that we can renew, extend, compromise or otherwise modify the terms of the EFA or release the Customer from liability, and that such changes will not release you from your obligations under this Guaranty. This is a continuing guaranty that will bind your successors and assigns. Our rights may be enforced by us or by any assignee or successor to our rights.  **THIS GUARANTY IS GOVERNED BY THE LAWS OF THE STATE OF MICHIGAN. YOU CONSENT TO THE PERSONAL JURISDICTION OF ANY STATE OR FEDERAL COURT IN THE STATE OF MICHIGAN WITH RESPECT TO ANY ACTION ARISING OUT OF THE EFA AND/OR THIS GUARANTY. YOU WAIVE ANY RIGHT TO TRIAL BY JURY.**  If we must serve you with notice (including service of process), notice shall be deemed sufficient if sent by certified mail to the address below. You authorize us, and our successors, assignees and affiliates, to obtain credit bureau reports and to make other credit inquiries that we determine are reasonably necessary. This Guaranty shall continue to be effective or reinstated if any payment under the EFA is rescinded or must be returned due to insolvency, bankruptcy or reorganization, as though the payment had not been made.

Simon Enterprise Inc.

By: _[signature]_

Printed Name: AWZr SIMON

Title: owner

Date: 1-26-18

Federal Tax ID #: 20-1353558

# Guaranty

**GUARANTY FOR Equipment Finance Agreement**   When we use the words "you" and "your" in this Guaranty, we mean the Guarantor named below. When we use the words "we", "us" or "our", we mean Crestmark Equipment Finance, Inc. dba Allstate Capital  As an inducement for us to enter into Equipment Finance Agreement#180129-VF000 with SimonXpress Pizza, LLC ("Customer"), dated  ("EFA"), you unconditionally and irrevocably guarantee to us, our successors and assigns, the prompt performance of all covenants, obligations and conditions (including payment when due) of all obligations of Customer (including, among other things, amendments which may increase the total amount due by up to twice that specified in the EFA). You agree that this is a guaranty of payment and not of collection and that we can proceed directly against you to collect the entire amount due under the EFA without first proceeding against the Customeror any other guarantor or pursuing any other remedy. You agree to pay all attorney fees and other expenses we incur in enforcing our rights under this Guaranty. You waive notice of acceptance and any other kind of notices or demands. You waive all defenses, including those of protest, presentment and demand. You agree that we can renew, extend, compromise or otherwise modify the terms of the EFA or release the Customer from liability, and that such changes will not release you from your obligations under this Guaranty. This is a continuing guaranty that will bind your successors and assigns. Our rights may be enforced by us or by any assignee or successor to our rights. **THIS GUARANTY IS GOVERNED BY THE LAWS OF THE STATE OF MICHIGAN. YOU CONSENT TO THE PERSONAL JURISDICTION OF ANY STATE OR FEDERAL COURT IN THE STATE OF MICHIGAN WITH RESPECT TO ANY ACTION ARISING OUT OF THE EFA AND/OR THIS GUARANTY. YOU WAIVE ANY RIGHT TO TRIAL BY JURY.**  If we must serve you with notice (including service of process), notice shall be deemed sufficient if sent by certified mail to the address below. You authorize us, and our successors, assignees and affiliatesto obtain credit bureau reports and to make other credit inquiries that we determine are reasonably necessary. This Guaranty shall continue to be effective or reinstated if any payment under the EFA is rescinded or must be returned due to insolvency, bankruptcy or reorganization, as though the payment had not been made.

SE Corporation of Michigan

By: _[signature]_

Printed Name: AWZi SIMON

Title: owner

Date: 1-26-18

Federal Tax ID #: 38-3023335

## Guaranty

**GUARANTY FOR Equipment Finance Agreement**   When we use the words "you" and "your" in this Guaranty, we mean the Guarantor named below. When we use the words "we", "us" or "our", we mean Crestmark Equipment Finance, Inc. dba Allstate Capital  As an inducement for us to enter into Equipment Finance Agreement#180129-VF000 with SimonXpress Pizza, LLC ("Customer"), dated ("EFA"), you unconditionally and irrevocably guarantee to us, our successors and assigns, the prompt performance of all covenants, obligations and conditions (including payment when due) of all obligations of Customer (including, among other things, amendments which may increase the total amount due by up to twice that specified in the EFA). You agree that this is a guaranty of payment and not of collection and that we can proceed directly against you to collect the entire amount due under the EFA without first proceeding against the Customeror any other guarantor or pursuing any other remedy. You agree to pay all attorney fees and other expenses we incur in enforcing our rights under this Guaranty. You waive notice of acceptance and any other kind of notices or demands. You waive all defenses, including those of protest, presentment and demand. You agree that we can renew, extend, compromise or otherwise modify the terms of the EFA or release the Customer from liability, and that such changes will not release you from your obligations under this Guaranty.  This is a continuing guaranty that will bind your successors and assigns. Our rights may be enforced by us or by any assignee or successor to our rights.  **THIS GUARANTY IS GOVERNED BY THE LAWS OF THE STATE OF MICHIGAN. YOU CONSENT TO THE PERSONAL JURISDICTION OF ANY STATE OR FEDERAL COURT IN THE STATE OF MICHIGAN WITH RESPECT TO ANY ACTION ARISING OUT OF THE EFA AND/OR THIS GUARANTY. YOU WAIVE ANY RIGHT TO TRIAL BY JURY.**  If we must serve you with notice (including service of process), notice shall be deemed sufficient if sent by certified mail to the address below. You authorize us, and our successors, assignees and affiliates, , to obtain credit bureau reports and to make other credit inquiries that we determine are reasonably necessary. This Guaranty shall continue to be effective or reinstated if any payment under the EFA is rescinded or must be returned due to insolvency, bankruptcy or reorganization, as though the payment had not been made.

Simon Stores Corporation

By: _____*Tayhn*_____

Printed Name: _____AWZI  SIMON_____

Title: _____owne_____

Date: _____1-26-18_____

Federal Tax ID #: _____38-3230820_____