# EXHIBIT 7



2000058505986
2000058505986
ARIZONA DEPARTMENT OF REVENUE
ATTN: Education and Compliance/Lien Department
PO BOX 29070
Phoenix, AZ 85038-9070

**2020-002-1631-8**

**ARIZONA
SECRETARY OF STATE
04/21/20 13:25
F I L E D**

# STATE OF ARIZONA
Department of Revenue

## NOTICE OF STATE TAX LIEN

Pursuant to A.R.S. §42-1152, notice is hereby given that the following named taxpayer owes the Arizona Department of Revenue such unpaid amounts as are herein set forth and that pursuant to A.R.S. §42-1151 the Department has a lien against all the property or rights to property belonging to the taxpayer for such unpaid amount, plus accruing interest.

**Address:**
2990 E NORTHERN AVE A101
PHOENIX, AZ 85028

**Name(s):**
SIMONXPRESS PIZZA LLC
HUNGRY HOWIES PIZZA # 1806

**Lien ID:** 10204352
**Place of Filing:** SECRETARY OF STATE

**ID Number(s):**
EIN   82-1734457
LIC   21195056

| Tax Type | Tax Period End | Liability Number | Tax Balance | Penalty | Interest Thru 04/17/2020 | Unpaid Balance of Assessment |
|---|---|---|---|---|---|---|
| TPT | 11/30/2018 | 201807063832 | $5,944.78 | $3,628.20 | $3,299.95 | $12,872.93 |
| TPT | 11/30/2018 | 201807958447 | $0.00 | $50.00 | $0.00 | $50.00 |
| TPT | 12/31/2018 | 201807082608 | $72,843.38 | $5,463.25 | $4,869.88 | $83,176.51 |
| TPT | 01/31/2019 | 201907114944 | $74,307.19 | $5,201.50 | $4,608.28 | $84,116.97 |
| TPT | 02/28/2019 | 201907200281 | $72,569.74 | $4,717.03 | $4,161.58 | $81,448.35 |
| TPT | 03/31/2019 | 201907330974 | $84,646.50 | $5,078.79 | $4,388.19 | $94,113.48 |
| TPT | 06/30/2019 | 201907590755 | $83,477.16 | $3,756.47 | $3,111.47 | $90,345.10 |
| TPT | 07/31/2019 | 201907659271 | $80,910.46 | $3,236.42 | $2,689.63 | $86,836.51 |
| TPT | 08/31/2019 | 201907702388 | $84,947.78 | $2,973.17 | $2,457.78 | $90,378.73 |
| TPT | 09/30/2019 | 201907958961 | $510,241.50 | $130,111.59 | $12,563.99 | $652,917.08 |
| TPT | 10/31/2019 | 201907947434 | $77,263.19 | $0.00 | $0.00 | $77,263.19 |
| TPT | 11/30/2019 | 201907947637 | $76,367.25 | $8,400.40 | $1,243.50 | $86,011.15 |
| TPT | 12/31/2019 | 201907948217 | $80,996.78 | $4,859.81 | $962.67 | $86,819.26 |
| TPT | 01/31/2020 | 202007959211 | $79,648.86 | $4,380.69 | $620.22 | $84,649.77 |
| | | | | | **Total:** | **$1,610,999.03** |

DATED AT PHOENIX, ARIZONA THIS 17TH DAY OF APRIL, 2020

Signature: *[signature]*   Title: Administrator

Arizona Department of Revenue
RCRRR643

Visit us on the web at www.AZTaxes.gov

Page 1 of 1