**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

CRESTMARK, a division of MetaBank, N.A.,

    Plaintiff,

v.

FIRST WESTERN TRUST BANK,                   Case No. 20-11396

    Intervenor Plaintiff,

v.

SIMONXPRESS PIZZA, LLC, SIMON'S
ENTERPRISE, INC., and FAWZI R. SIMON,

    Defendants.
_____/

## JUDGMENT

Judgment hereby enters jointly and severally against Simonxpress Pizza, LLC, Simon Enterprise, Inc., and Fawzi Simon in favor of First Western Trust Bank ("**FWTB**") in the total amount of **$2,667,016.85.** Interest shall accrue on the judgment at the rate of 21% annually until the judgment is paid in full. FWTB shall be entitled to its ongoing costs of collection until the judgment is paid in full including, but not limited to, its reasonable attorneys' fees.

                                            BY THE COURT:

                                            <u>s/Robert H. Cleland</u>
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: May 2, 2022